## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **JARREN MILTON STOUT,**  Defendant. | 4:15MJ3118  ORDER |

**IT IS ORDERED** that the Motion to Dismiss Complaint Without Prejudice of the United States Attorney's Office (Filing No. 14) is granted. The above-referenced matter is hereby dismissed without prejudice.

DATED this 12th day of January, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge